No. 03–6013.  CUNNINGHAM v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 03–6015.  DOVE v. CITY OF KINSTON, NORTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–6021.  KRAMER v. UNIVERSITY OF PITTSBURGH ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 03–6023.  WALLACE-STEPTER v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 03–6024.  ESTEVEZ v. GARCIA, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–6034.  COLLIER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–6069.  SMITH v. HOFBAUER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–6075.  MCDEID v. BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 8th Cir.  Certiorari denied.

No. 03–6076.  LEITNER v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–6092.  WRIGHT v. STICKMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–6096.  WALTERS v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 03–6103.  VANN v. DONNELLY, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 03–6112.  CROSS-BEY v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.